USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELHADJI OUSMANE TOUNKARA

                Plaintiff,

      - against -

REPUBLIC OF SENEGAL, et al.,

                Defendants.
------------------------------------------------------------X

21-CV-8027 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants have filed a letter requesting a conference to file a motion to dismiss as set forth in counsel's letter at Dkt. 20.  Plaintiff shall file a letter in response by **March 17, 2022**.  The letter shall at the very least explain why his complaint is not precluded by the doctrine of res judicata based on the proceedings and dismissal of Plaintiff's case in 19-cv-9029 (GBD).

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: March 7, 2022
        New York, New York

Copies transmitted this date to all counsel of record.