```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELHADJI OUSMANE TOUNKARA

                Plaintiff,

   - against -

REPUBLIC OF SENEGAL, et al.,

                Defendants.
-------------------------------------------------------------X

21-CV-8027 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On April 10, 2023, Plaintiff submitted a letter purporting to address the citizenship of Mr. Tounkara. The letter provided does not answer that question; instead it addresses residency. Accordingly, by **April 18, 2023**, Plaintiff shall provide a sworn declaration that identifies his country of citizenship at the time he filed the instant action. If Plaintiff purports to have been a citizen of the United States, he shall provide supporting evidence.

The April 17, 2023 deadline previously set by order at Dkt. 38 for Defendant to respond to evidence submitted by Plaintiff is cancelled. Instead, and in light of the further information requested by the Court from Plaintiff, Defendant shall submit his letter brief no later than **April 25, 2023**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 11, 2023
       New York, New York

Copies transmitted this date to all counsel of record.