USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ELHADJI OUSMANE TOUNKARA,

                Plaintiff,

     - against -

REPUBLIC OF SENEGAL, et al.,

                Defendants.

------------------------------------------------------------X

21-CV-8027 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     The Court is in receipt of the witness lists provided by both parties. Both parties have indicated they intend to have witnesses testify by telephone. The Court does not typically take evidentiary testimony by telephone. The Court would prefer instead that, if the witnesses need to testify remotely, they do so through Microsoft Teams so that they can appear visually. Accordingly, by June 19, 2023, the parties shall each file a letter (1) explaining why their witnesses need to testify remotely rather than in person, and (2) indicating whether the remote witnesses can testify via Microsoft Teams (a link for which will be provided by the Court; the parties do not need to download or have any Teams application).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 14, 2023
      New York, New York

Copies transmitted this date to all counsel of record.