UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELHADJI OUSMANE TOUNKARA,

                Plaintiff,

-against-

REPUBLIC OF SENEGAL, et al.,

                Defendants.

21-CV-8027 (JGLC) (RWL)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 7, 2023
       New York, New York

                                                SO ORDERED.

                                                *Jessica Clarke*

                                                JESSICA G. L. CLARKE
                                                United States District Judge