UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELHADJI OUSMANE TOUNKARA,

                      Plaintiff,                             21 **CIVIL** 8027 (JGLC)

        -against-                                **JUDGMENT**

REPUBLIC OF SENEGAL, et al.,

                   Defendants.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 27, 2023, no objections have been filed and no request for an extension of time to object has been made. Plaintiff has waived the right to object to the Report and Recommendation or to obtain appellate review. *See Frank v. Johnson*, 968 F.2d 298, 300 (2d Cir. 1992).  Despite the waiver, the Court has reviewed the petition and the Report and Recommendation, unguided by objections, and finds the Report and Recommendation to be well reasoned and grounded in fact and law. The Report and Recommendation is ADOPTED in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      December 27, 2023

                                       **RUBY J. KRAJICK**

                                        _____

                                         **Clerk of Court**

                 **BY:**         K. Mango

                                         _____

                                         **Deputy Clerk**